**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1170**

In Re:  SAMUEL TIJUAN JONES,

                    Petitioner.

On Petition for Writ of Mandamus.  (4:08-cv-03180-HFF-TER)

Submitted:  June 1, 2010                Decided:  June 10, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Samuel Tijuan Jones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Tijuan Jones petitions for a writ of mandamus, seeking an order directing the magistrate judge to rule on Jones' 28 U.S.C. § 2241 (2006) motion. The magistrate judge issued his report and recommendation prior to Jones' petition for writ of mandamus, and the district court has subsequently denied Jones' § 2241 petition. Accordingly, although we grant leave to proceed in forma pauperis, we deny Jones' mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED